IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

***7240
#40073

| | | |
|---|---|---|
| IN RE: | : | |
| ROBERT THOMAN | : | Case No. 06 B 06339 |
| | : | Judge: A. Benjamin Goldgar |
| | : | |
| Debtors. | : | |

**Statement Regarding Post-Petition Default**

    Now Comes, Crown Mortgage Company, hereinafter "Lender", secured creditor of ROBERT THOMAN, hereinafter "Debtor", and files this Statement Regarding Post-Petition Default:

| | |
|---|---:|
| Due February, 2010 payment | $1,277.46 |
| Due February late charge | 51.10 |
| FAX fees (4 x $5.00) | 20.00 |
| Accumulated post-petition late fees per attached | 1,493.56 |
| Total post-petition default | $2,842.12 |

Proof of Service:

A true and correct copy of this Statement has been served on the Trustee, Debtor and Debtor's counsel on February 22, 2010.

                                                                     Respectfully submitted,
                                        By:   /s/   Raymond J. Ostler
                                                                     GOMBERG, SHARFMAN, GOLD AND
                                                                       OSTLER, P.C., on behalf of Crown Mortgage
                                                                       Company

GOMBERG, SHARFMAN, GOLD AND OSTLER, P.C.
208 S. LaSalle Street, Suite 1410
Chicago, IL 60604-1003
(312) 332-6194
(312) 332-4083 fax